**Order filed December 6, 2016**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-16-00830-CV**

_____

**MARTIN L. REYES, Appellant**

**V.**

**MARY TREVINO, Appellee**

---

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1082809**

---

## O R D E R

The notice of appeal in this case was filed October 5, 2016. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **December 16, 2016.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the fee in accordance with this order, the appeal will be dismissed.

PER CURIAM